**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1005

SARIA WALKER,

Plaintiff - Appellant,

v.

SCIENTIFIC ALLOYS CORP.; SPECIALTY METALS SMELTERS AND REFINERS LLC; SPECIALTY METALS CORP.; FITE BAC TECHNOLOGY; DARBY DENTAL SUPPLY LLC; SOFIDENT DENTAL LAB SUPPLY; DENTAL EZ; SUREPURE CHEMETALS INC.; GPS DENTAL PRODUCTS; MERCURY REFINING LLC; IVOCLAR VIVADENT; DENTRON; ENGLEHAND CORP SPECIALTY METALS, Div Dental Dept.; PRECISION INSTRUMENTS PVT LTD.; UNITED STATES FOOD AND DRUG ADMINISTRATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:22-cv-04249-HMH)

Submitted:  July 25, 2023                                              Decided:  July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Saria Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saria Walker appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her civil action as frivolous.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Walker v. Sci. Alloys Corp.*, No. 6:22-cv-04249-HMH (D.S.C. Dec. 21, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*